```
                                              FILED
                                          08 AUG 13 PM 3:51
                                        CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY:    EC           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2698 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| MARTIN CARRENO-JUAREZ, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Martin Carreno-Juarez</u>, Criminal Case No. 08CR2312BTM.

DATED: August 13, 2008.

                                  KAREN P. HEWITT
                                  United States Attorney

                                  /s/ James P. Melendres

                                  JAMES P. MELENDRES
                                  Assistant U.S. Attorney